UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Warner Bros. Records Inc.
3300 Warner Blvd.
Burbank, CA 91505;

Arista Records LLC
888 Seventh Avenue, 40th Floor
New York, NY 10019;

Virgin Records America, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Atlantic Recording Corporation
1290 Avenue of the Americas
New York, NY 10014;

BMG Music
1540 Broadway
New York, NY 10036;

UMG Recordings, Inc.
2220 Colorado Avenue
Santa Monica, CA 90404;

SONY BMG MUSIC ENTERTAINMENT
550 Madison Avenue
New York, NY 10022-3211;

Capitol Records, Inc.
150 Fifth Avenue, 11th Floor
New York, NY 10011;

Priority Records LLC
1750 N. Vine St.
Los Angeles, CA 90028;

Elektra Entertainment Group, Inc.
75 Rockefeller Plaza
New York, NY 10019;

Motown Record Company, L.P.
1755 Broadway, 6th Floor
New York, NY 10019;

Fonovisa, Inc.
5820 Canoga Avenue
Suite 300
Woodland Hills, CA 91367;

Civil Action No.: _____

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404; and

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001,

                              Plaintiffs,

              v.

DOES 1 - 14,

                              Defendants.

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper. <u>See</u> 28 U.S.C. §§ 1391(b), 1400(a). Although the true identity of each Defendant is unknown to Plaintiffs at this time, on information and belief, a substantial part of the acts of infringement complained of herein occurred in this District. On information and belief, personal jurisdiction in this District is proper because each Defendant, without consent or permission of the copyright owner, disseminated over the Internet copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal

dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.      Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5.      Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.      Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

7.      Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.      Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

9.      Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

10.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

11.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.     Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

13.     Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

14.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

15.     Plaintiff Fonovisa, Inc. is a division of Univision Music LLC.  Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16.     Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

17.     Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

18.     Plaintiff LaFace Recordes LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

19.     Plaintiff Loud Records LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

20.     The true names and capacities of Defendants are unknown to Plaintiffs at this time.  Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity.  See Exhibit A.  Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

21.     Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP.  Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

22.     Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

23.     Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings").  Each of the Copyrighted Recordings is the

subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

24.    Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

25.    Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

26.    Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These

notices of copyright appeared on published copies of each of the sound recordings identified in Exhibit A. These published copies were widely available, and each of the published copies of the sound recordings identified in Exhibit A was accessible by each Defendant.

27.    Plaintiffs are informed and believe that the foregoing acts of infringement have been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

28.    As a result of each Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

29.    The conduct of each Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except pursuant to a lawful license or with the express authority of

7

Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs'
Recordings that Defendant has downloaded onto any computer
hard drive or server without Plaintiffs' authorization and shall
destroy all copies of those downloaded recordings transferred onto
any physical medium or device in Defendant's possession,
custody, or control."

2.      For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.      For Plaintiffs' costs in this action.

4.      For Plaintiffs' reasonable attorneys' fees incurred herein.

5.      For such other and further relief as the Court may deem just and proper.
                         Respectfully submitted,

Dated:        April 18, 2007

                                Matthew J. Oppenheim (D.C. Bar No. 443698)
                                Oppenheim Group
                                7304 River Falls Drive
                                Potomac, MD  20854
                                (301) 299-4986

                                Attorney for Plaintiffs

**EXHIBIT A DOE LIST**

| | |
|---|---|
| **Doe # 1** | **IP Address:** 71.165.45.173 2007-03-01 01:46:42 EST |
| **Doe # 2** | **IP Address:** 72.77.241.214 2007-03-01 03:28:07 EST |
| **Doe # 3** | **IP Address:** 71.123.4.61 2007-03-01 07:56:29 EST |
| **Doe # 4** | **IP Address:** 71.102.197.166 2007-03-04 21:30:49 EST |
| **Doe # 5** | **IP Address:** 71.105.117.69 2007-03-08 05:14:11 EST |
| **Doe # 6** | **IP Address:** 71.240.190.253 2007-03-08 10:05:22 EST |
| **Doe # 7** | **IP Address:** 71.110.235.229 2007-03-09 01:49:30 EST |
| **Doe # 8** | **IP Address:** 71.252.222.139 2007-03-12 21:26:51 EDT |
| **Doe # 9** | **IP Address:** 71.106.53.189 2007-03-12 22:48:48 EDT |
| **Doe # 10** | **IP Address:** 72.65.181.189 2007-03-13 02:37:18 EDT |
| **Doe # 11** | **IP Address:** 71.246.15.102 2007-03-13 06:03:13 EDT |
| **Doe # 12** | **IP Address:** 68.163.61.191 2007-03-13 07:37:59 EDT |
| **Doe # 13** | **IP Address:** 138.89.97.172 2007-03-13 10:33:59 EDT |
| **Doe # 14** | **IP Address:** 71.166.97.134 2007-03-13 06:03:49 EDT |

**EXHIBIT A**

**IP Address:** 71.165.45.173 2007-03-01 01:46:42 EST          **CASE ID#** 120109087

**P2P Network:** GnutellaUS          **Total Audio Files:** 1017

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| Virgin Records America, Inc. | Smashing Pumpkins | Disarm | Siamese Dream | 169-635 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Capitol Records, Inc. | Coldplay | Clocks | A Rush of Blood to the Head | 322-958 |

## EXHIBIT A

**IP Address:** 72.77.241.214 2007-03-01 03:28:07 EST          **CASE ID#** 120114036

**P2P Network:** GnutellaUS          **Total Audio Files:** 936

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| Interscope Records | Dr. Dre | The Next Episode | 2001 | 277-983 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | U2 | Angel Of Harlem | Rattle & Hum | 99-818 |
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| BMG Music | Brooks & Dunn | My Maria | Borderline | 218-735 |
| Capitol Records, Inc. | Chris LeDoux | Life Is a Highway | One Road Man | 260-057 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| Atlantic Recording Corporation | P.O.D. | Alive | Satellite | 303-757 |

**EXHIBIT A**

**IP Address:** 71.123.4.61 2007-03-01 07:56:29 EST                **CASE ID#** 120140609

**P2P Network:** GnutellaUS                                        **Total Audio Files:** 255

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Warner Bros. Records Inc. | Green Day | When I Come Around | Dookie | 185-457 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records LLC | Pink | Don't Let Me Get Me | Don't Let Me Get Me (single) | 309-896 |
| UMG Recordings, Inc. | LL Cool J | Mama Said Knock You Out | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Jumper | Third Eye Blind | 188-673 |

# EXHIBIT A

**IP Address:** 71.102.197.166 2007-03-04 21:30:49 EST          **CASE ID#** 120554947

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 269

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | NWA | 8 Ball | Straight Outta Compton | 150-531 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Virgin Records America, Inc. | Shaggy | In The Summertime | Boombastic | 222-048 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records LLC | Santana | El Farol | Supernatural | 289-833 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Elektra Entertainment Group Inc. | Ziggy Marley | People Get Ready | Fallen Is Babylon | 244-550 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |

## EXHIBIT A

**IP Address:** 71.105.117.69 2007-03-08 05:14:11 EST          **CASE ID#** 121018663

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 312

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Thomas Dolby | She Blinded Me With Science | The Golden Age Of Wireless | 46-842 |
| SONY BMG MUSIC ENTERTAINMENT | Mary Chapin Carpenter | Down At The Twist And Shout | Shooting Straight In The Dark | 123-535 |
| Warner Bros. Records Inc. | Van Halen | 1984 | 1984 (MCMLXXXIV) | 52-319 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| UMG Recordings, Inc. | Elton John | Candle in the Wind | Goodbye Yellow Brick Road | N10950 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |

## EXHIBIT A

**IP Address:** 71.240.190.253 2007-03-08 10:05:22 EST

**CASE ID#** 121040560

**P2P Network:** GnutellaUS

**Total Audio Files:** 871

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blink-182 | Emo | Dude Ranch | 243-969 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Sheryl Crow | My Favorite Mistake | The Globe Sessions | 279-383 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |

**EXHIBIT A**

**IP Address:** 71.110.235.229 2007-03-09 01:49:30 EST

**CASE ID#** 121135758

**P2P Network:** GnutellaUS

**Total Audio Files:** 405

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Robbie Williams | Angels | The Ego Has Landed | 174-566 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Want You | Savage Garden | 299-097 |
| Fonovisa, Inc. | Bronco | Que No Quede Huella | 20 Exitos | 256-014 |
| Fonovisa, Inc. | Bronco | Libros Tontos | Oro 2000 | 259-010 |
| Fonovisa, Inc. | Los Angeles De Charly | Un Sueno | Suenos | 289-765 |
| Fonovisa, Inc. | Los Bukis | Quiereme | Quiereme | 143-976 |
| Fonovisa, Inc. | Conjunto Primavera | Necesito Decirte | Necesito Decirte | 259-601 |
| Fonovisa, Inc. | La Mafia | Me Estoy Enamorando | Inconfundible | 303-888 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |
| Capitol Records, Inc. | Coldplay | Green Eyes | A Rush of Blood to the Head | 322-958 |

## EXHIBIT A

**IP Address:** 71.252.222.139 2007-03-12 21:26:51 EDT          **CASE ID#** 121560886

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 611

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar | 281-782 |
| BMG Music | Andy Griggs | I'll Go Crazy | You Won't Ever Be Lonely | 264-271 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Brown Eyes | Survivor | 289-199 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Free Bird | Pronounced Leh'-nerd Skin'-nerd | N8871 |
| Warner Bros. Records Inc. | Faith Hill | One | Cry | 321-377 |

## EXHIBIT A

**IP Address:** 71.106.53.189 2007-03-12 22:48:48 EDT          **CASE ID#** 121572055

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 1642

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Duran Duran | New Moon on Monday | Seven and the Ragged Tiger | 53-971 |
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |
| UMG Recordings, Inc. | U2 | All I Want Is You | Rattle & Hum | 99-818 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Capitol Records, Inc. | Technotronic | Pump Up The Jam | Pump Up The Jam | 111-258 |
| Fonovisa, Inc. | Los Bukis | Como Fui A Enamorarme De Ti | Y Para Siempre | 113-355 |
| UMG Recordings, Inc. | Tears For Fears | Mad World | The Hurting | 45-985 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Psycho | Toxicity | 301-897 |

## EXHIBIT A

**IP Address:** 72.65.181.189 2007-03-13 02:37:18 EDT          **CASE ID#** 121597670

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 474

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | When I Come Around | Dookie | 185-457 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| UMG Recordings, Inc. | Eiffel 65 | Blue (Da Ba Dee) | Europop | 258-753 |
| Elektra Entertainment Group Inc. | Vitamin C | Graduation (Friends Forever) | Vitamin C | 278-227 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| UMG Recordings, Inc. | New Found Glory | My Friends Over You | Sticks and Stones | 308-874 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | A New Day Has Come | A New Day Has Come | 311-366 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Toxicity | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |

**EXHIBIT A**

**IP Address:** 71.246.15.102 2007-03-13 06:03:13 EDT           **CASE ID#** 121617825

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 931

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| UMG Recordings, Inc. | Jay-Z | Big Pimpin' | Life and Times of S. Carter, Vol. 3 | 279-270 |
| Arista Records LLC | Adema | Giving In | Adema | 302-233 |
| BMG Music | SR-71 | Right Now | Now You See Inside | 283-812 |
| UMG Recordings, Inc. | Method Man | Da Rockwilder | Blackout! | 271-723 |
| Arista Records LLC | Clipse | When the Last Time | Lord Willin' | 321-673 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |

# EXHIBIT A

**IP Address:** 68.163.61.191 2007-03-13 07:37:59 EDT        **CASE ID#** 121630563

**P2P Network:** GnutellaUS        **Total Audio Files:** 749

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Janet Jackson | Nasty | Control | 69-529 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Baby Be Mine | Thriller | 41-965 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I'm Your Angel | These Are Special Times | 264-455 |
| Arista Records LLC | Whitney Houston | Why Does It Hurt So Bad | Waiting to Exhale Soundtrack | 219-539 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| LaFace Records LLC | Usher feat. Monica | Slow Jam | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |

**EXHIBIT A**

**IP Address:** 138.89.97.172 2007-03-13 10:33:59 EDT            **CASE ID#** 121648747

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 434

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Natalie Imbruglia | Torn | Left of the Middle | 246-607 |
| UMG Recordings, Inc. | Dru Hill | Tell Me | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |
| Motown Record Company, L.P. | 702 | Get It Together | No Doubt | 257-083 |
| UMG Recordings, Inc. | Boyz II Men | One Sweet Day | Legacy | 305-536 |

# EXHIBIT A

**IP Address:** 71.166.97.134 2007-03-13 06:03:49 EDT          **CASE ID#** 121622675

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 599

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| UMG Recordings, Inc. | Hanson | MMMBop | Middle Of Nowhere | 238-338 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Interscope Records | Eminem | Kill You | The Marshall Mathers LP | 287-944 |
| LaFace Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Street Dreams | It Was Written | 220-016 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| UMG Recordings, Inc. | Reba McEntire | How Was I to Know | What If It's You | 230-637 |

JS-44
(Rev. 2/01 DC)

**CIVIL COVER SHEET**

| **I (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| WARNER BROS., et al. | DOES 1 - 14 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF **LOS ANGELES, CALIFORNIA**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

ATTORNEYS (IF KNOWN)

**II.  BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1  U.S. Government Plaintiff
☒ 3  Federal Question (U.S. Government Not a Party)
☐ 2  U.S. Government Defendant
☐ 4  Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/ Malpractice* | ☐ C. *Administrative Agency Review* | ☐D.  *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | **Any nature of suit from any category may be selected for this category of case assignment.**<br><br>*(If Antitrust, then A governs)* |

**☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil***

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☒ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational

**Safety/Health**
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410

☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ M. *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from another district (specify) | ☐ Multi district Litigation | ☐ 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
*17 U.S.C. § 501 et seq. – copyright infringement*

---

| **VII. REQUESTED IN COMPLAINT** | CHECK IF THIS IS A CLASS<br>☐    ACTION UNDER F.R.C.P. 23 | **DEMAND $** | Check YES only if demanded in complaint<br>**JURY DEMAND**: ☐ YES          ☒ NO |
|---|---|---|---|

---

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES    ☒ NO    If yes, please complete related case form.

---

**DATE  April 18, 2007    SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section **II.**

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.