UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; FONOVISA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and LOUD RECORDS LLC, a Delaware corporation, <br><br>               Plaintiffs, <br><br>     v. <br><br>DOES 1 - 14, <br><br>               Defendants. | Civil Action No.:  _____ |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the

Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Plaintiffs which have any outstanding securities in the hands of the public.

The following companies are parents of, or partners in Plaintiff WARNER BROS. RECORDS INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC: BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS AMERICA, INC.:  EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company.  EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff ATLANTIC RECORDING CORPORATION:  Warner Bros. Records Inc.; WMG Acquisition Corp.;

WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.: Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC ENTERTAINMENT: USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.: Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff PRIORITY RECORDS LLC:  Capitol-Priority, Inc.; Capitol Records, Inc.; Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded company.  EMI Group plc. is publicly traded in the U.K.

The following companies are parents of, or partners in Plaintiff ELEKTRA ENTERTAINMENT GROUP INC.:  WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.  Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff MOTOWN RECORD COMPANY, L.P.:  UMG Recordings, Inc.; UMG Manufacturing & Logistics, Inc.; Universal Music Group Distribution, Corp.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff FONOVISA, INC.: Univision Music LLC; Univision Music Group Mexico, S.A. de C.V.; Univision Music Inc.; Univision Communications Inc.; and Diara Inc.

The following companies are parents of, or partners in Plaintiff MAVERICK RECORDING COMPANY:  SR/MDM Venture Inc.; Maverick Partner Inc.; WBR/Sire Ventures Inc.; Warner Bros. Records Inc.; WMG Acquisition Corp.; WMG Holdings

Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded.  Warner Music Group Corp. is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:  UMG Recordings, Inc.;  PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is publicly traded.  Vivendi S.A. is publicly traded in France.

The following companies are parents of, or partners in Plaintiff LAFACE RECORDS LLC:  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC; Arista Holding, Inc.; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff LOUD RECORDS LLC:  SONY BMG MUSIC ENTERTAINMENT; USCO Holdings Inc.; BeSo Holding LLC;Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony Corporation is publicly traded in the U.S.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated:    April 18, 2007

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs