UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Warner Bros. Records Inc.<br>3300 Warner Blvd.<br>Burbank, CA 91505;<br><br>Arista Records LLC<br>888 Seventh Avenue, 40th Floor<br>New York, NY 10019;<br><br>Virgin Records America, Inc.<br>150 Fifth Avenue, 11th Floor<br>New York, NY 10011;<br><br>Atlantic Recording Corporation<br>1290 Avenue of the Americas<br>New York, NY 10014;<br><br>BMG Music<br>1540 Broadway<br>New York, NY 10036;<br><br>UMG Recordings, Inc.<br>2220 Colorado Avenue<br>Santa Monica, CA 90404;<br><br>SONY BMG MUSIC ENTERTAINMENT<br>550 Madison Avenue<br>New York, NY 10022-3211;<br><br>Capitol Records, Inc.<br>150 Fifth Avenue, 11th Floor<br>New York, NY 10011;<br><br>Priority Records LLC<br>1750 N. Vine St.<br>Los Angeles, CA 90028;<br><br>Elektra Entertainment Group, Inc.<br>75 Rockefeller Plaza<br>New York, NY 10019;<br><br>Motown Record Company, L.P.<br>1755 Broadway, 6th Floor<br>New York, NY 10019;<br><br>Fonovisa, Inc.<br>5820 Canoga Avenue<br>Suite 300<br>Woodland Hills, CA 91367; | Civil Action No.: _____ |

Maverick Recording Company
9348 Civic Center Drive
Beverly Hills, CA 90210;

Interscope Records
2220 Colorado Avenue
Santa Monica, CA 90404;

LaFace Records LLC
137-139 West 25th Street
New York, NY 10001; and

Loud Records LLC
215 Park Avenue South
New York, NY 10003,

Plaintiffs,

v.

DOES 1 - 14,

Defendants.

## PLAINTIFFS' FIRST AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs, by their attorneys, for their complaint against Defendants, allege:

### JURISDICTION AND VENUE

1.      This is a civil action seeking damages and injunctive relief for copyright

infringement under the copyright laws of the United States (17 U.S.C. § 101 *et seq.*).

2.      This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331

(federal question); and 28 U.S.C. § 1338(a) (copyright).

3.      Venue in this District is proper.  See 28 U.S.C. §§ 1391(b), 1400(a).  Although

the true identity of each Defendant is unknown to Plaintiffs at this time, on information and

belief, a substantial part of the acts of infringement complained of herein occurred in this

District.  On information and belief, personal jurisdiction in this District is proper because each

Defendant, without consent or permission of the copyright owner, disseminated over the Internet

copyrighted works owned and/or controlled by Plaintiffs. On information and belief, such illegal dissemination occurred in every jurisdiction in the United States, including this one. In addition, each Defendant contracted with an Internet Service Provider ("ISP") found in this District to provide each Defendant with the access to the Internet which facilitated Defendants' infringing activities.

## PARTIES

4.     Plaintiff Warner Bros. Records Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

5.     Plaintiff Arista Records LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

6.     Plaintiff Virgin Records America, Inc. is a corporation duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

7.     Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.     Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

9.     Plaintiff UMG Recordings, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

3

10.     Plaintiff SONY BMG MUSIC ENTERTAINMENT is a Delaware general partnership, with its principal place of business in the State of New York.

11.     Plaintiff Capitol Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

12.     Plaintiff Priority Records LLC is a limited liability company with its principal place of business in the State of California.

13.     Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

14.     Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

15.     Plaintiff Fonovisa, Inc. is a division of Univision Music LLC.  Univision Music LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of California.

16.     Plaintiff Maverick Recording Company is a joint venture between SR/MDM Venture Inc. and Maverick Records LLC, organized and existing under the laws of the State of California, with its principal place of business in the State of California.

17.     Plaintiff Interscope Records is a California general partnership, with its principal place of business in the State of California.

18.     Plaintiff LaFace Recordes LLC is a limited liability company duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

19.    Plaintiff Loud Records LLC is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

20.    The true names and capacities of Defendants are unknown to Plaintiffs at this time. Each Defendant is known to Plaintiffs only by the Internet Protocol ("IP") address assigned to that Defendant by his or her ISP on the date and time of that Defendant's infringing activity. See Exhibit A. Plaintiffs believe that information obtained in discovery will lead to the identification of each Defendant's true name.

21.    Although Plaintiffs do not know the true names of Defendants, each Defendant is alleged to have committed violations of the same law (e.g., copyright law), by committing the same acts (e.g., the downloading and distribution of copyrighted sound recordings owned by Plaintiffs), and by using the same means (e.g., a file-sharing network) that each Defendant accessed via the same ISP. Accordingly, Plaintiffs' right to relief arises out of the same series of transactions or occurrences, and there are questions of law or fact common to all Defendants such that joinder is warranted and appropriate here.

## COUNT I
## INFRINGEMENT OF COPYRIGHTS

22.    Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

23.    Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright law with respect to certain copyrighted sound recordings, including, but not limited to, all of the copyrighted sound recordings on Exhibit A to this Complaint (collectively, these copyrighted sound recordings shall be identified as the "Copyrighted Recordings"). Each of the Copyrighted Recordings is the

5

subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights to each Plaintiff as specified on each page of Exhibit A.

24.     Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

25.     Plaintiffs are informed and believe that each Defendant, without the permission or consent of Plaintiffs, has continuously used, and continues to use, an online media distribution system to download and/or distribute to the public certain of the Copyrighted Recordings. Exhibit A identifies on a Defendant-by-Defendant basis (one Defendant per page) the IP address with the date and time of capture and a list of copyrighted recordings that each Defendant has, without the permission or consent of Plaintiffs, downloaded and/or distributed to the public. Through his or her continuous and ongoing acts of downloading and/or distributing to the public the Copyrighted Recordings, each Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Each Defendant's actions constitute infringement of Plaintiffs' copyrights and/or exclusive rights under copyright. (In addition to the sound recordings listed for each Defendant on Exhibit A, Plaintiffs are informed and believe that each Defendant has, without the permission or consent of Plaintiffs, continuously downloaded and/or distributed to the public additional sound recordings owned by or exclusively licensed to Plaintiffs or Plaintiffs' affiliate record labels, and Plaintiffs believe that such acts of infringement are ongoing. Exhibit A includes the currently-known total number of audio files being distributed by each Defendant.)

26.     Plaintiffs have placed proper notices of copyright pursuant to 17 U.S.C. § 401 on each respective album cover of each of the sound recordings identified in Exhibit A. These

notices of copyright appeared on published copies of each of the sound recordings identified in

Exhibit A. These published copies were widely available, and each of the published copies of

the sound recordings identified in Exhibit A was accessible by each Defendant.

27.    Plaintiffs are informed and believe that the foregoing acts of infringement have

been willful, intentional, and in disregard of and with indifference to the rights of Plaintiffs.

28.    As a result of each Defendant's infringement of Plaintiffs' copyrights and

exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to

17 U.S.C. § 504(c) against each Defendant for each infringement by that Defendant of each

copyrighted recording. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to

17 U.S.C. § 505.

29.    The conduct of each Defendant is causing and, unless enjoined and restrained by

this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be

compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to

17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting each Defendant

from further infringing Plaintiffs' copyrights, and ordering that each Defendant destroy all copies

of copyrighted sound recordings made in violation of Plaintiffs' exclusive rights.

WHEREFORE, Plaintiffs pray for judgment against each Defendant as follows:

1.    For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or
indirectly infringing Plaintiffs' rights under federal or state law in
the Copyrighted Recordings and any sound recording, whether
now in existence or later created, that is owned or controlled by
Plaintiffs (or any parent, subsidiary, or affiliate record label of
Plaintiffs) ("Plaintiffs' Recordings"), including without limitation
by using the Internet or any online media distribution system to
reproduce (*i.e.,* download) any of Plaintiffs' Recordings or to
distribute (*i.e.,* upload) any of Plaintiffs' Recordings, except
pursuant to a lawful license or with the express authority of

7

Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.    For statutory damages for each infringement of each Copyrighted

Recording pursuant to 17 U.S.C. § 504.

3.    For Plaintiffs' costs in this action.

4.    For Plaintiffs' reasonable attorneys' fees incurred herein.

5.    For such other and further relief as the Court may deem just and proper.
Respectfully submitted,

Dated:    April 20, 2007

Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

Attorney for Plaintiffs

**EXHIBIT A**

**IP Address:** 71.165.45.173 2007-03-01 01:46:42 EST          **CASE ID#** 120109087

**P2P Network:** GnutellaUS          **Total Audio Files:** 1017

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Capitol Records, Inc. | Beastie Boys | Intergalactic | Hello Nasty | 277-731 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| Virgin Records America, Inc. | Smashing Pumpkins | Bullet With Butterfly Wings | Mellon Collie and the Infinite Sadness | 183-904 |
| Virgin Records America, Inc. | Smashing Pumpkins | Disarm | Siamese Dream | 169-635 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Capitol Records, Inc. | Coldplay | Clocks | A Rush of Blood to the Head | 322-958 |

## EXHIBIT A

**IP Address:** 72.77.241.214 2007-03-01 03:28:07 EST          **CASE ID#** 120114036

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 936

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Maverick Recording Company | Deftones | My Own Summer | Around The Fur | 244-493 |
| Interscope Records | Dr. Dre | The Next Episode | 2001 | 277-983 |
| UMG Recordings, Inc. | U2 | Mysterious Ways | Achtung Baby | 139-599 |
| UMG Recordings, Inc. | U2 | Angel Of Harlem | Rattle & Hum | 99-818 |
| Arista Records LLC | LFO | Summer Girls | LFO | 306-981 |
| BMG Music | Brooks & Dunn | My Maria | Borderline | 218-735 |
| Capitol Records, Inc. | Chris LeDoux | Life Is a Highway | One Road Man | 260-057 |
| UMG Recordings, Inc. | Sum 41 | In Too Deep | All Killer No Filler | 298-689 |
| Atlantic Recording Corporation | P.O.D. | Alive | Satellite | 303-757 |

**EXHIBIT A**

**IP Address:** 71.123.4.61 2007-03-01 07:56:29 EST                    **CASE ID#** 120140609

**P2P Network:** GnutellaUS                                             **Total Audio Files:** 255

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| Warner Bros. Records Inc. | Green Day | When I Come Around | Dookie | 185-457 |
| UMG Recordings, Inc. | Beck | Loser | Mellow Gold | 185-369 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records LLC | Pink | Don't Let Me Get Me | Don't Let Me Get Me (single) | 309-896 |
| UMG Recordings, Inc. | LL Cool J | Mama Said Knock You Out | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Nirvana | Heart-Shaped Box | In Utero | 172-276 |
| Arista Records LLC | Alan Jackson | Don't Rock The Jukebox | Don't Rock the Jukebox | 138-302 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Jumper | Third Eye Blind | 188-673 |

**EXHIBIT A**

**IP Address:** 71.102.197.166 2007-03-04 21:30:49 EST          **CASE ID#** 120554947

**P2P Network:** GnutellaUS                                        **Total Audio Files:** 269

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | NWA | 8 Ball | Straight Outta Compton | 150-531 |
| Interscope Records | Eminem | Guilty Conscience | The Slim Shady LP | 262-686 |
| Virgin Records America, Inc. | Shaggy | In The Summertime | Boombastic | 222-048 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| Virgin Records America, Inc. | UB40 | Can't Help Falling In Love | Promises And Lies | 186-039 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| Arista Records LLC | Santana | El Farol | Supernatural | 289-833 |
| Priority Records LLC | Snoop Dogg | Lay Low | Tha Last Meal | 317-638 |
| Elektra Entertainment Group Inc. | Ziggy Marley | People Get Ready | Fallen Is Babylon | 244-550 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |

**EXHIBIT A**

**IP Address:** 71.105.117.69 2007-03-08 05:14:11 EST          **CASE ID#** 121018663

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 312

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Thomas Dolby | She Blinded Me With Science | The Golden Age Of Wireless | 46-842 |
| SONY BMG MUSIC ENTERTAINMENT | Mary Chapin Carpenter | Down At The Twist And Shout | Shooting Straight In The Dark | 123-535 |
| Warner Bros. Records Inc. | Van Halen | 1984 | 1984 (MCMLXXXIV) | 52-319 |
| Capitol Records, Inc. | Billy Idol | White Wedding | Billy Idol | 39-673 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| UMG Recordings, Inc. | U2 | Where The Streets Have No Name | The Joshua Tree | 78-949 |
| Arista Records LLC | Air Supply | All Out Of Love | Lost In Love | 38-070 |
| UMG Recordings, Inc. | Elton John | Candle in the Wind | Goodbye Yellow Brick Road | N10950 |
| UMG Recordings, Inc. | Tiffany | I Think We're Alone Now | Tiffany | 83-157 |

**EXHIBIT A**

**IP Address:** 71.240.190.253 2007-03-08 10:05:22 EST                    **CASE ID#** 121040560

**P2P Network:** GnutellaUS                                                               **Total Audio Files:** 871

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Blink-182 | Emo | Dude Ranch | 243-969 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Californication | Californication | 174-922 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Drive | Make Yourself | 278-818 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Sheryl Crow | My Favorite Mistake | The Globe Sessions | 279-383 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| UMG Recordings, Inc. | Jay-Z | Song Cry | The Blueprint | 301-441 |
| UMG Recordings, Inc. | Blink-182 | Stay Together For The Kids | Take Off Your Pants And Jacket | 301-317 |

**EXHIBIT A**

**IP Address:** 71.110.235.229 2007-03-09 01:49:30 EST          **CASE ID#** 121135758

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 405

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| Capitol Records, Inc. | Robbie Williams | Angels | The Ego Has Landed | 174-566 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Want You | Savage Garden | 299-097 |
| Fonovisa, Inc. | Bronco | Que No Quede Huella | 20 Exitos | 256-014 |
| Fonovisa, Inc. | Bronco | Libros Tontos | Oro 2000 | 259-010 |
| Fonovisa, Inc. | Los Angeles De Charly | Un Sueno | Suenos | 289-765 |
| Fonovisa, Inc. | Los Bukis | Quiereme | Quiereme | 143-976 |
| Fonovisa, Inc. | Conjunto Primavera | Necesito Decirte | Necesito Decirte | 259-601 |
| Fonovisa, Inc. | La Mafia | Me Estoy Enamorando | Inconfundible | 303-888 |
| Capitol Records, Inc. | Coldplay | Yellow | Parachutes | 328-762 |
| Capitol Records, Inc. | Coldplay | Green Eyes | A Rush of Blood to the Head | 322-958 |

**EXHIBIT A**

**IP Address:** 71.252.222.139 2007-03-12 21:26:51 EDT          **CASE ID#** 121560886

**P2P Network:** GnutellaUS          **Total Audio Files:** 611

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Hero | Music Box | 178-631 |
| Warner Bros. Records Inc. | Faith Hill | Breathe | Breathe | 276-629 |
| UMG Recordings, Inc. | Nelly | Country Grammer | Country Grammar | 281-782 |
| BMG Music | Andy Griggs | I'll Go Crazy | You Won't Ever Be Lonely | 264-271 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Brown Eyes | Survivor | 289-199 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Free Bird | Pronounced Leh'-nerd Skin'-nerd | N8871 |
| Warner Bros. Records Inc. | Faith Hill | One | Cry | 321-377 |

**EXHIBIT A**

**IP Address:** 71.106.53.189 2007-03-12 22:48:48 EDT                    **CASE ID#** 121572055

**P2P Network:** GnutellaUS                                             **Total Audio Files:** 1642

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| Capitol Records, Inc. | Duran Duran | New Moon on Monday | Seven and the Ragged Tiger | 53-971 |
| Warner Bros. Records Inc. | Chris Isaak | Wicked Game | Heart Shaped World | 107-765 |
| UMG Recordings, Inc. | U2 | All I Want Is You | Rattle & Hum | 99-818 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Nice to Know You | Morning View | 306-181 |
| Capitol Records, Inc. | Technotronic | Pump Up The Jam | Pump Up The Jam | 111-258 |
| Fonovisa, Inc. | Los Bukis | Como Fui A Enamorarme De Ti | Y Para Siempre | 113-355 |
| UMG Recordings, Inc. | Tears For Fears | Mad World | The Hurting | 45-985 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Psycho | Toxicity | 301-897 |

## EXHIBIT A

**IP Address:** 72.65.181.189 2007-03-13 02:37:18 EDT          **CASE ID#** 121597670

**P2P Network:** GnutellaUS                                   **Total Audio Files:** 474

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Green Day | When I Come Around | Dookie | 185-457 |
| UMG Recordings, Inc. | The Police | Message In A Bottle | Regatta De Blanc | 13-166 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Semi-Charmed Life | Third Eye Blind | 188-673 |
| UMG Recordings, Inc. | Eiffel 65 | Blue (Da Ba Dee) | Europop | 258-753 |
| Elektra Entertainment Group Inc. | Vitamin C | Graduation (Friends Forever) | Vitamin C | 278-227 |
| Interscope Records | Puddle of Mudd | Blurry | Come Clean | 301-465 |
| UMG Recordings, Inc. | New Found Glory | My Friends Over You | Sticks and Stones | 308-874 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | A New Day Has Come | A New Day Has Come | 311-366 |
| SONY BMG MUSIC ENTERTAINMENT | System of a Down | Toxicity | Toxicity | 301-897 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |

## EXHIBIT A

**IP Address:** 71.246.15.102 2007-03-13 06:03:13 EDT                **CASE ID#** 121617825

**P2P Network:** GnutellaUS                **Total Audio Files:** 931

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Warner Bros. Records Inc. | Green Day | Basket Case | Dookie | 185-457 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| UMG Recordings, Inc. | Jay-Z | Big Pimpin' | Life and Times of S. Carter, Vol. 3 | 279-270 |
| Arista Records LLC | Adema | Giving In | Adema | 302-233 |
| BMG Music | SR-71 | Right Now | Now You See Inside | 283-812 |
| UMG Recordings, Inc. | Method Man | Da Rockwilder | Blackout! | 271-723 |
| Arista Records LLC | Clipse | When the Last Time | Lord Willin' | 321-673 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |

**EXHIBIT A**

**IP Address:** 68.163.61.191 2007-03-13 07:37:59 EDT          **CASE ID#** 121630563

**P2P Network:** GnutellaUS                                    **Total Audio Files:** 749

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Janet Jackson | Nasty | Control | 69-529 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Baby Be Mine | Thriller | 41-965 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I'm Your Angel | These Are Special Times | 264-455 |
| Arista Records LLC | Whitney Houston | Why Does It Hurt So Bad | Waiting to Exhale Soundtrack | 219-539 |
| Arista Records LLC | Whitney Houston | How Will I Know | Whitney Houston | 60-716 |
| Elektra Entertainment Group Inc. | Keith Sweat | Make It Last Forever | Make It Last Forever | 86-761 |
| BMG Music | SWV | Weak | It's About Time | 146-905 |
| LaFace Records LLC | Usher feat. Monica | Slow Jam | My Way | 257-730 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |

**EXHIBIT A**

**IP Address:** 138.89.97.172 2007-03-13 10:33:59 EDT          **CASE ID#** 121648747

**P2P Network:** GnutellaUS          **Total Audio Files:** 434

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| SONY BMG MUSIC ENTERTAINMENT | Bonnie Tyler | Total Eclipse of the Heart | Faster than the Speed of Night | 50-641 |
| Arista Records LLC | Santana | Smooth | Supernatural | 289-833 |
| LaFace Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Natalie Imbruglia | Torn | Left of the Middle | 246-607 |
| UMG Recordings, Inc. | Dru Hill | Tell Me | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |
| Motown Record Company, L.P. | 702 | Get It Together | No Doubt | 257-083 |
| UMG Recordings, Inc. | Boyz II Men | One Sweet Day | Legacy | 305-536 |

**EXHIBIT A**

**IP Address:** 71.166.97.134 2007-03-13 06:03:49 EDT                **CASE ID#** 121622675

**P2P Network:** GnutellaUS                                          **Total Audio Files:** 599

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| UMG Recordings, Inc. | Hanson | MMMBop | Middle Of Nowhere | 238-338 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| Interscope Records | Eminem | Kill You | The Marshall Mathers LP | 287-944 |
| LaFace Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Street Dreams | It Was Written | 220-016 |
| UMG Recordings, Inc. | Vanessa Carlton | A Thousand Miles | Be Not Nobody | 313-943 |
| UMG Recordings, Inc. | Reba McEntire | How Was I to Know | What If It's You | 230-637 |