UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; VIRGIN RECORDS AMERICA, INC., a California corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; CAPITOL RECORDS, INC., a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; FONOVISA, INC., a California corporation; MAVERICK RECORDING COMPANY, a California joint venture; INTERSCOPE RECORDS, a California general partnership; LAFACE RECORDS LLC, a Delaware limited liability company; and LOUD RECORDS LLC, a Delaware corporation,<br><br>                Plaintiffs,<br><br>   v.<br><br>DOES 1 - 14,<br><br>                Defendants. | Civil Action No.:  07-cv-706 |

STATUS REPORT

Pursuant to the Court's July 26, 2007 Minute Order requiring the parties to submit a status report, Plaintiffs, through their undersigned counsel, state the following:

1.      Plaintiffs filed their Complaint on April 18, 2007.  Plaintiffs filed their First Amended Complaint on April 20, 2007.

2.      Plaintiffs do not presently know the identity of the Doe defendants in this case and must obtain that information from the Defendants' Internet Service Provider ("ISP"),

Verizon Internet Services, Inc. ("Verizon").

3.Simultaneously with the filing of their Complaint, Plaintiffs filed an *Ex Parte* Application For Leave To Take Immediate Discovery ("Application"), in which Plaintiffs requested permission to serve on Verizon a subpoena requesting limited identifying information for each of the Doe defendants in this case.

4.The Court has not yet ruled on Plaintiffs' Application.

5.Should the Court grant Plaintiffs' Application, Plaintiffs will immediately serve a subpoena on Verizon seeking identifying information for each of the Doe defendants in this case. Verizon will have 30 days to respond to the subpoena.

6.Once Plaintiffs have received a complete response to the subpoena, they will be able to pursue their claims against the Doe defendants.

Respectfully submitted,

Dated:August 2, 2007

**/s/**
Matthew J. Oppenheim (D.C. Bar No. 443698)
Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs