UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JAN 4 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **WARNER BROS. RECORD INC., ET AL.,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civ. Action No. 07-706 (RJL) |
| **DOES 1 - 14,** | ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Decision entered this date, it is, this 3rd day of January, 2008, hereby

**ORDERED** that plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery [Dkt. # 3] is hereby GRANTED. Plaintiffs will be allowed to serve immediate discovery on Verizon Internet Services, Inc. ("Verizon") by serving a Rule 45 subpoena that seeks information sufficient to identify each Doe defendant, including name, current (and permanent) addresses, telephone numbers, e-mail addresses, and Media Access Control addresses; and it is further

**ORDERED** that any information disclosed to plaintiffs in response to the Rule 45 subpoena may be used by plaintiffs solely for the purpose of protecting plaintiffs' rights as set forth in the Amended Complaint; and it is further

**ORDERED** that if and when Verizon is served with a subpoena, Verizon shall



give written notice, which may include use of e-mail notice, to the subscribers in question within five business days; and it is further

**ORDERED** that if Verizon and/or any defendant wants to move to quash the subpoena, the party must do so before the return date of the subpoena, which shall be 30 days from the date of service; and it is further

**ORDERED** that Verizon shall preserve any subpoenaed information pending the resolution of any timely filed motion to quash; and it is further

**ORDERED** that plaintiffs shall provide Verizon with a copy of the Memorandum Decision and Order along with its subpoena.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge