UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Warner Bros. Records Inc.<br>3300 Warner Blvd.<br>Burbank, CA 91505;<br><br>Arista Records LLC<br>888 Seventh Avenue, 40th Floor<br>New York, NY 10019;<br><br>Virgin Records America, Inc.<br>150 Fifth Avenue, 11th Floor<br>New York, NY 10011;<br><br>Atlantic Recording Corporation<br>1290 Avenue of the Americas<br>New York, NY 10014;<br><br>BMG Music<br>1540 Broadway<br>New York, NY 10036;<br><br>UMG Recordings, Inc.<br>2220 Colorado Avenue<br>Santa Monica, CA 90404;<br><br>SONY BMG MUSIC ENTERTAINMENT<br>550 Madison Avenue<br>New York, NY 10022-3211;<br><br>Capitol Records, Inc.<br>150 Fifth Avenue, 11th Floor<br>New York, NY 10011;<br><br>Priority Records LLC<br>1750 N. Vine St.<br>Los Angeles, CA 90028;<br><br>Elektra Entertainment Group, Inc.<br>75 Rockefeller Plaza<br>New York, NY 10019;<br><br>Motown Record Company, L.P.<br>1755 Broadway, 6th Floor<br>New York, NY 10019;<br><br>Fonovisa, Inc.<br>5820 Canoga Avenue<br>Suite 300<br>Woodland Hills, CA 91367;<br><br>Maverick Recording Company<br>9348 Civic Center Drive<br>Beverly Hills, CA 90210; | Civil Action No.: 1:07-cv-00706-RJL |

| |
|---|
| Interscope Records<br>2220 Colorado Avenue<br>Santa Monica, CA 90404;<br><br>LaFace Records LLC<br>137-139 West 25th Street<br>New York, NY 10001;<br><br>and<br><br>Loud Records, LLC<br>215 Park Avenue South<br>New York, NY 10003<br><br>                Plaintiffs,<br><br>    v.<br><br>DOES 1 - 14,<br><br>                Defendants. |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(i), Plaintiffs Warner Bros. Records Inc., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendant Does 1-14, each party to bear its/his own fees and costs. The Clerk of Court is respectfully requested to close this case.

                                                                    Respectfully submitted,

Dated:    May 1, 2008                        **/s/**
                                                        Matthew J. Oppenheim (D.C. Bar No. 443698)
                                                        Oppenheim Group
                                                        7304 River Falls Drive
                                                        Potomac, MD  20854
                                                        (301) 299-4986

                                                        Attorney for Plaintiffs